UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-23426-CIV- UNGARO

TRAVELERS INDEMNITY COMPANY OF
CONNECTICUT and TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA a/s/o
Cardiac Management Systems, Inc. and Gables
Diagnostic Testing Group, Inc.,

Plaintiffs,

v.

PHILIPS MEDICAL SYSTEMS N.A., INC., a
foreign corporation, and HILL YORK SERVICE
CORPORATION, a Florida corporation,

Defendants.
_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate Judge Simonton to take all necessary and proper action as required by law with respect to **Plaintiff's Emergency Motion to Compel Attendance at Mediation (D.E. 109)**, and any motions for extension or enlargement of time that relate to such motions. Pursuant to this referral order, it is also

ORDERED AND ADJUDGED that it shall be the responsibility of the respective parties in this case to note that courtesy copies of all materials necessary to the resolution of the referred matters shall be directed to the magistrate judge's chambers.

DONE AND ORDERED in Chambers at Miami, Florida, this 2d day of October, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record
Magistrate Judge O'Simonton