**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 07-23246-CIV- UNGARO

TRAVELERS INDEMNITY COMPANY OF
CONNECTICUT and TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA a/s/o
Cardiac Management Systems, Inc. and Gables
Diagnostic Testing Group, Inc.,

      Plaintiffs,

v.

PHILIPS MEDICAL SYSTEMS and/or PHILIPS
MEDICAL SYSTEMS N.A., INC., a
foreign corporation; PHILIPS MEDICAL
SYSTEMS (Cleveland), INC., a foreign corporation
f/k/a MARCONI MEDICAL SYSTEMS, INC.; and
HILL YORK SERVICE CORPORATION, a
Florida corporation,

      Defendants.

_____/

## ORDER REQUIRING AMENDED EXHIBIT LISTS

THIS CAUSE is before the Court upon the parties' Joint Pretrial Stipulation, filed on

December 5, 2008 (D.E. 154).

THE COURT has considered the Stipulation and the pertinent portions of the record and

is otherwise fully advised in the premises.  The parties are required under Local Rule 16.1.E(9) to

file a numbered list of trial exhibits, which shall identity those which the parties expect to enter

into at trial and those which may be entered should the need arise.  The parties have stipulated to

certain exhibits (see Joint Pretrial ¶ 8), however, these exhibits are not numbered on a separate

schedule.  Also, the parties' references to these joint stipulated exhibits give no indication as to

the nature of these exhibits, nor is there any identifying information for these exhibits.  Further,

the parties' individual schedules contain generic references to groups of exhibits, such as "All documents produced in discovery, not objected to" and "Philips Field Service reports, previously numbered and marked." Such descriptions are wholly inadequate. The exhibits lists must specifically identify each and every individual document sought to be admitted. Also, the parties do not identify those exhibits which they expect to enter into trial and those which may be entered into trial. Accordingly, it is hereby

ORDERED AND ADJUDGED that each party SHALL file an amended exhibit list that individually lists each document sought to be entered and identifies each exhibit with particularity. Generic references to groups or types of documents and photos is not permitted. The amended exhibit lists must also state those exhibits that the party expects to enter into trial and those which the party may enter into trial if the need arises. The amended exhibits lists must be filed by **no later than Tuesday, February 24, 2009 at 5:00 p.m.** No extensions will be granted. It is further

ORDERED AND ADJUDGED that a separate schedule for Joint Stipulated Exhibits must be filed and the schedule must individually list each document sought to be entered. This amended exhibit list must be filed by **no later than Tuesday, February 24, 2009 at 5:00 p.m.** No extensions will be granted. It is further

ORDERED AND ADJUDGED that each party SHALL file their objections to the amended exhibit lists by **no later than Wednesday, February 25, 2009 at 5:00 p.m.** All objections must be made with specificity; blanket objections to all exhibits will not be permitted. No extensions will be granted and failure to file objections shall be deemed a waiver of such objections.

DONE AND ORDERED in Chambers at Miami, Florida, this 23d day of February, 2009.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record